IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN COVEY CO., <br><br> Plaintiff, <br><br> v. <br><br> COMMERCIAL METALS COMPANY, <br><br> Defendant. | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND MEMORANDUM IN SUPPORT** <br><br> Case No. 2:16-cv-01221-DBP <br><br> Magistrate Judge Dustin B. Pead |

### ORDER

The Court, having read and fully considered Defendant Commercial Metals Company's ("Defendant") Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (the "Motion") and the papers submitted in support of an in opposition to the Motion, finds good cause in support of the Motion.

IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff Franklin Covey Co.'s complaint (Dkt. No. 1) is hereby DISMISSED for lack of personal jurisdiction over Defendant and improper venue.

DATED this _____ day of May, 2017.

_____
Dustin B. Pead
United States Magistrate Judge