IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN COVEY CO., <br><br> Plaintiff, <br><br> v. <br><br> COMMERCIAL METALS COMPANY, <br><br> Defendant. | **[PROPOSED]** <br> **ORDER GRANTING STIPULATED MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE** <br><br> Case No. 2:16-cv-01221-CW-BCW <br><br> District Judge Clark Waddoups <br><br> Magistrate Judge Brooke C. Wells |

Having considered the stipulated motion to continue initial pretrial conference, and good cause appearing therefore, the initial pretrial conference shall be continued to a date and time to be set by this court after defendant's pending motion to dismiss is decided.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the stipulated motion to continue initial pretrial conference is GRANTED.

DATED this _____ day of _____, 2017.

BY THE COURT:

_____
The Honorable Brooke C. Wells
United States Magistrate Judge