IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN COVEY CO.,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL METALS COMPANY,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE**<br><br>Case No. 2:16-cv-01221-CW-BCW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

Having considered the stipulated motion to continue the initial pretrial conference, and good cause appearing therefore, the initial pretrial conference shall be continued to a date and time to be set by this court after Defendant's pending motion to dismiss is decided. If this action is not dismissed, within ten (10) days of the entry of an order on Defendant's pending motion to dismiss the parties shall file a request for scheduling conference with the Court. Accordingly, it is hereby

ORDERED that the stipulated motion to continue initial pretrial conference is GRANTED; and it is

FURTHER ORDERED that the initial pretrial conference set for July 12, 2017 at 11:00 a.m. be VACATED.

DATED this 20th day of June, 2017.

_____
The Honorable Brooke C. Wells
United States Magistrate Judge